**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00427-CV

### NERIUM INTERNATIONAL, LLC, Appellant

### V.

### SUNNY KUM SUN AND RIUM, LLC, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02357-F**

## ORDER

The Court has before it appellant's September 3, 2013 opposed motion to extend time to file reply brief and appellees' September 3, 2013 response to that motion. The Court **GRANTS** the motion and **ORDERS** that any reply be filed by September 13, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE